

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:     Allen Flores; Shark Ventures, Inc. d/b/a Shark Shack; Bliss, Inc. d/b/a Bliss Lounge; and Barfly Lounge, Inc. d/b/a Playground Patio Bar v. The City of Galveston, Texas and Yaga's Entertainment, Inc. and Brian Maxwell, in his Official Capacity only

Appellate case number:   01-20-00042-CV

Trial court case number:  19CV2139

Trial court:             212th District Court of Galveston County

On March 26, 2021, Appellants filed an opposed Motion for Leave to File Post-Submission Brief. The motion is **granted**.

Appellants are permitted to file a post-submission brief of no more than 1000 words within ten (10) days of the date of this order. Appellees, if they desire, are permitted to file a response of no more than 1000 words within ten (10) days of the filing of appellants' post-submission brief.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                   Acting individually


Date:  April 1, 2021